Sophie Capp, Respondent, v. Meyer Jackson, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William Cochrane, Respondent, v. Hannah W. Cornwell, Impleaded with Jesse C. Kraack and Virgil Keesler, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, upon the ground that upon the perfection of the appeal for a new trial the judgment of the Justice's Court ceases to be of any force, and the respondent's only remedy is to secure a judgment upon the new trial or a dismissal of the appeal, and to rely upon the undertaking given upon the appeal. (*Miller* v. *City of Buffalo*, 129 App. Div. 833; *Burns* v. *Howard*, 9 Abb. N. C. 321, 324.) All concurred.

John B. Clement and Another, as Executors, etc., v. Saratoga Holding Company and Others.— Order resettled by modifying the thirty-eighth finding of fact by adding thereto the following: "except it had no knowledge or information that the bonds had ever been transferred or delivered to Mrs. Way or that she ever had or claimed any interest therein." Finding No. 40 is modified by adding thereto the words "except as appears by Exhibit No. 23."

Continental Securities Company and Another, Appellants, v. Michigan Central Railroad Company and Others, Respondents.— Motion denied.

John H. Flynn, Respondent, v. Charles L. A. Whitney, Appellant, Impleaded with William Peets.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles D. Lockwood, Respondent, v. David C. Goldenberg, Appellant. — Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Charles J. Holle and Others for Judicial Review of the Primary Election of the Democratic Party in the Fifteenth Ward of the City of Albany. In the Matter of the Application to Punish John Tammany and Others for an Alleged Contempt of Court Arising in the Above-entitled Proceeding.— Motion granted.

The People of the State of New York ex rel. William Sulzer, Appellant, v. William Sohmer, as Comptroller of the State of New York, Respondent.— Order affirmed, without costs, as matter of law and not in the exercise of discretion. All concurred.

Mary A. Tyndall, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion granted.

Samuel Wells, Respondent, v. Aaron Wells, Appellant.— Judgment and order unanimously affirmed, with costs.

Samuel Wells, Appellant, v. Aaron Wells, Respondent.— Appeal dismissed, without costs.